In the Matter of RUSSELL CALCAGNO et al., Appellants, against TOWN BOARD OF THE TOWN OF WEBSTER et al., Respondents.

Argued October 5, 1943; decided November 18, 1943.

*Claude T. Taggart, George J. Skivington* and *Rudolph F. Napodano* for appellants.

*Alan M. Hill* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.